UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 18-cr-80227-Rosenberg

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ANTHONY T. SIMPSON,

    Defendant.

_____/

**REPORT & RECOMMENDATION**

The Defendant, ANTHONY T. SIMPSON, appeared before the Court on July 15, 2024, represented by counsel, for a final hearing for violations of his supervised release. The Defendant was originally convicted of wire fraud in violation of Title 18 U.S.C. § 1343. On July 1, 2019, the Defendant was sentenced to (24) months of imprisonment followed by (3) years of supervised release with certain special conditions. The Defendant's term of supervised release commenced on May 7, 2021.

The Defendant is now charged with (2) violations of his conditions of supervision:

**(1) Violation of Mandatory Condition,** by failing to refrain from violation of the law. On or about February 22, 2024, in Daytona Beach, Florida, the Defendant did commit Tax Evasion, contrary to 26 U.S.C. § 7201.

**(2) Violation of Mandatory Condition,** by failing to refrain from violation of the law. On July 1, 2019, restitution in the amount of $2,228,255.97 was ordered by the Court and the defendant has failed to satisfy this financial obligation as ordered.

At the hearing, the government agreed not to proceed on these violations. Accordingly, the Court **RECOMMENDS** that the District Court dismiss violations (1) and (2) of his conditions of supervision.

A party shall have fourteen (14) days from the date of being served with a copy of this Report and Recommendation within which to file written objections, if any, with U.S. District Judge Robin L. Rosenberg. Failure to file objections timely shall bar the parties from a de novo determination by the District Judge of an issue covered in the Report and Recommendation and shall bar the parties from attacking on appeal unobjected-to factual and legal conclusions contained in this Report and Recommendation. *See* 28 U.S.C. § 636(b)(1); 11th Cir. R. 3-1 (2016).

**RESPECTFULLY RECOMMENDED** in Chambers at West Palm Beach in the Southern District of Florida, this 15th day of July 2024.

                    RYON M. MCCABE
                    U.S. MAGISTRATE JUDGE